IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 19 2019
CLERK, U.S. DISTRICT COURT
By ___
Deputy

| | |
|---|---|
| LISA C.[1], | § |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO. 2:18-CV-203-Z-BR |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | § |
| Defendant. | § |

**ORDER**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge recommending that the decision of the Commissioner be affirmed. Plaintiff did not file objections, and the time to do so has now expired.

After making an independent review of the pleadings in this case, and the findings, conclusions, and recommendation of the Magistrate Judge, the Court concludes that the findings and conclusions are correct. It is therefore ORDERED that the findings, conclusions, and recommendation of the Magistrate Judge are ADOPTED, the decision of the Commissioner is AFFIRMED, and Plaintiff's Complaint is DISMISSED with prejudice.

**SO ORDERED.**

December 19, 2019

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

---

[1] To protect the privacy of plaintiffs in social security cases, Plaintiff is identified only by first name and last initial.